No. 534. SMITH *v.* UNITED STATES. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE MURPHY is of the opinion the petition should be granted. *Hayden C. Covington, Curran E. Cooley* and *Grover C. Powell* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 541. ROWE ET AL. *v.* CHESAPEAKE MINERAL Co. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Francis M. Burke* for petitioners. *LeWright Browning* for respondent.

No. 488. McCLANE *v.* CALIFORNIA ET AL. November 12, 1946. Petition for writ of certiorari to the Supreme Court of California denied.

No. 551. EINSOHN *v.* NEW YORK. November 12, 1946. Petition for writ of certiorari to the County Court of Kings County, New York, denied.

No. 553. CARTNER *v.* NEW YORK. November 12, 1946. Petition for writ of certiorari to the County Court of Onondaga County, New York, denied.